IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYCE P. WALTERS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) CIVIL ACTION NO. 4:11-CV-3562; |
|       v. | ) CIVIL ACTION NO. 4:11-CV-1529 |
| | )        (Ellison, D.J.) |
| | ) |
| HOOVER & STRONG, INC., et al., | ) |
| | ) |
|    Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendants Hoover & Strong, Inc. and Roseco, Inc. (collectively, "Defendants"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Court for entry of an Order granting Defendants summary judgment of non-infringement and/or summary judgment of invalidity of the asserted patent in this case, U. S. Patent No. 6,279,436. The grounds for this Motion are set forth more fully in the accompanying Memorandum filed contemporaneously with this motion.

Dated: March 20, 2013               Respectfully submitted

                                           **HOOVER & STRONG, INC. &**
                                           **ROSECO, INC.**

                                           By:       /s/
                                           Dana D. McDaniel (*pro hac vice*)
                                           Spotts Fain, PC
                                           411 East Franklin Street, Suite 600
                                           Richmond, Virginia 23219
                                           Phone: (804) 697-2065
                                           Fax:   (804) 697-2165
                                           Email: dmcdaniel@spottsfain.com

Tamara D. Stiner Toomer
(Texas Bar No. 24043940)
*Attorney in Charge*
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, Texas  77002-2906
Phone: (713) 353-6682
Fax: (832) 214-9936
Email: tstinertoomer@mcguirewoods.com

*Counsel for Defendants Hoover & Strong, Inc. and Roseco, Inc.*

**CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 7.1 AND COURT PROCEDURES, PARAGRAPH 5(C)**

The undersigned certifies, pursuant to Local Rule 7.1, and Paragraph 59(C) of the Court Procedures of this Court, that he has attempted to confer in good faith with Anastassios Triantaphyllis, counsel for Plaintiff, about the disposition this motion.  In response to two written requests to Plaintiff's counsel for his availability to meet and confer about this Motion, each sent more than two days before the filing date of this Motion, Plaintiff's counsel responded that he was not available until after the filing deadline set for dispositive motions in this case.  Defendants' counsel will continue to attempt to confer with Plaintiff's counsel and will promptly advise the Court if an agreement is reached that narrows any of the issues to be decided by the Court on this Motion.

By:       /s/      
Dana D. McDaniel (*Pro Hac Vice*)
Spotts Fain, PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2065
Fax:    (804) 697-2165
Email: dmcdaniel@spottsfain.com

*Counsel for Defendants Hoover & Strong, Inc. and Roseco, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 20, 2013, a true and correct copy of the foregoing document will be served via the Court's CM/ECF system per Local Rule CV-5(a)(3), on:

>Anastassios Triantaphyllis, Esq.
>*Attorney-in-charge*
>Texas Bar No. 20213600
>Southern District of Texas Bar No. 16413
>The Civil Justice Center
>112 E. 4th Street
>Houston, Texas 77007
>Phone: (713) 861-1748
>Fax: (713) 520-8991
>Email: court@tasso.us
>
>*Counsel for Plaintiff Jayce P. Walters*
>
>By: _____/s/_____
>Dana D. McDaniel (*Pro Hac Vice*)
>Spotts Fain, PC
>411 East Franklin Street, Suite 600
>Richmond, Virginia 23219
>Phone: (804) 697-2065
>Fax:    (804) 697-2165
>Email: dmcdaniel@spottsfain.com
>
>*Counsel for Defendants Hoover & Strong, Inc. and Roseco, Inc.*