UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYCE P. WALTERS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-11-3562 |
| | § |
| HOOVER & STRONG, INC., et al., | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58, and for the reasons set forth in the Court's Memorandum and Order (Doc. No. 81), the Court hereby enters final judgment for Defendant on all claims.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the __1st__ day of May, 2013.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1