UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAYCE P. WALTERS, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-3562 |
| HOOVER & STRONG, INC., et al., | § § | |
| Defendants. | § § | |

## ORDER

On August 30, 2013, the Court entered an order which, among other things, directed Defendants to file a brief with all supporting documentation establishing the reasonable amount of attorneys' fees and related non-taxable expenses sought under Fed. R. Civ. P. 54(d), and Plaintiff to submit its opposition to Defendants' brief and supporting documentation, if any (ECF No. 97).

Following the submission of the briefs, on December 20, 2013, the Court held a hearing to address the amount of attorneys' fees and non-taxable expenses to be awarded to Defendants pursuant to the Order of August 30, 2013 (ECF No. 97). Having considered the record before the Court and the arguments of counsel, and for the reasons stated from the bench during the hearings held on August 12, 2013, and December 20, 2013, the Court hereby ORDERS and GRANTS JUDGMENT against the Plaintiff, Jayce P. Walters as follows:

1. As ordered in the Order of August 30, 2013 (ECF No. 97), the Court AWARDS and grants JUDGMENT to Hoover & Strong, Inc., in the amount of $537,082.97, plus interest at the judgment rate, which sum is composed of $442,629.95 in attorneys' fees and $94,453.02 in non-taxable expenses.

2. As ordered in the Order of August 30, 2013 (ECF No. 97), the Court AWARDS and grants JUDGMENT for attorneys' fees to Roseco, Inc. in the amount of $14,324.00, plus interest at the judgment rate.

IT IS SO ORDERED.

Date: July 2, 2014
Houston, Texas

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE